Juan Xu
4841 Barlows Landing Cove
San Diego, CA 92130
Phone: (858) 245-7037
Email: jxpdmc@yahoo.com

Pro Se.

FILED
07 NOV 30 PM 2:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY

# THE UNITED STATES DISTRIC COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   JUAN XU  )
             )
Vs.          )  Case No. '07 CV 2264 JAH JMA
             )
Defendants:  )  COMPLAINT FOR DECLARATORY
Michael Chertoff, Secretary of the Department )  AND INJUNCTIVE RELIEF;
of Homeland Security (DHS) )  PETITION FOR NATURALIZATION
Emilio T. Gonzalez, Director of the U.S. )
Citizenship and Immigration Services (USCIS) )
Paul M. Pierre, District Director of the San Diego )
District of USCIS )
Robert S. Mueller III, Director of Federal )
Bureau of Investigation (FBI) )
_____ )

## INTRODUCTION

1. This action is brought for a declaratory and injunctive relief to require the Defendants to adjudicate her application for naturalization within the time period prescribed by law, and ask the Court to declare the agencies' delays to be in violation of immigration laws and regulations, laws governing administrative agency action, in addition, the Plaintiff requests the Court review her application *de novo* and naturalize her as United States Citizen, pursuant to 8 U.S.C.§1447(b) due to Defendants' failure to make a determination on Plaintiff's application for naturalization for 2 years after the examination.

PARTIES

2. Plaintiff, Juan Xu (Alien Registration Number A 077 553 207) is a lawful permanent resident of the United States, currently residing in San Diego, California. She is the beneficiary of an N-400, Application for Naturalization to become a U.S. Citizen, filed with the USCIS (California Service Center, Laguna Niguel) on July 1, 2005, was interviewed for her naturalization application on December 12, 2005. Defendants have failed to make a decision on the application for 2 years after the examination.

3. Defendant, Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with the enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant, Emilio T. Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2) (ii) (B). This action is brought against him in his official capacity.

5. Defendant, Paul M. Pierre is the District Director of the San Diego District of USCIS, is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here. 8 C.F.R.§100.2(d)(2)(ii). As will be shown, Defendant Director is the official with whom Plaintiff's naturalization application remains pending. This action is brought against him in his official capacity.

6. Defendant, Robert S. Mueller III is the Director of Federal Bureau of Investigation. Mr. Mueller III is responsible for the administration of background check services requested by

COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF;
PETITION FOR NATURALIZATION

1  USCIS. As such, he has decision-making authority over the matters alleged in this
2  Complaint.

JURISDICTION

7. Petitioner/Plaintiff is a long-time, lawful permanent resident of the United States, whose application for naturalization has been unlawfully and unreasonably delayed for 2 years. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1361 (Mandamus Act); and under 28 U.S.C. § 2201 (Declaratory Judgment Act) and under 5 U.S.C. §§ 555(b), 701 et seq. (Administrative Procedure Act "APA"). This Court may grant relief pursuant to 28 U.S.C. §§ 1361, 2202 and 5 U.S.C. § 702. This court also has jurisdiction under 8 U.S.C. §1447(b) to adjudicate the naturalization application of Plaintiff because the responsible agency, the United States Citizenship and Immigration Services(USCIS), has failed to adjudicate the application despite the passage of more than 120 days since the date of the naturalization examination.

VENUE

8. Venue is proper in this court, pursuant to 28 USC §1391(b) and §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

STATEMENT OF FACTS

9. Plaintiff is a lawful permanent resident of the United States. Plaintiff was granted United States Permanent Resident status on September 26, 2000 under File Number A# 077-553-207. Attached hereto as **Exhibit "1"** is a copy of Plaintiff's Permanent Resident Card.

10. Plaintiff filed a petition for Naturalization (N-400 application) with the USCIS California Service Center, Laguna Niguel, which was received by the Service Center on July 1, 2005 with application number WSC*001344270. Attached hereto as **Exhibit "2"** is the receipt notice by the USCIS.

11. On September 19, 2005, Plaintiff submitted his finger prints at the USCIS San Diego Office. Attached hereto as **Exhibit "3"** is a copy of the fingerprint appointment letter and the Biometrics Processing Stamp confirming that fingerprints were submitted to USCIS.

COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF;
PETITION FOR NATURALIZATION

12. On December 12, 2005, Plaintiff was interviewed on her application for naturalization. Plaintiff passed the English language and U.S. history and government examination and the FBI fingerprint had come back as "No Record". However, at the conclusion of the examination, Plaintiff was told she could not be given a decision until the defendants had completed the FBI "name check". The interview officer told Plaintiff usually the problem would be solved within 2 months. Attached hereto as **Exhibit "4"** is N-652, Naturalization Interview results.

13. On March 12, 2006, 3 months after the interview, Plaintiff sent letter to USCIS San Diego District Office to follow up on Plaintiff's stalled application for naturalization. The letter was not answered. Attached hereto as **Exhibit "5"** is the copy of the letter.

14. On May 31, 2006, 6 month after the interview, Plaintiff sent an e-mail request to USCIS to check status, on June 7, 2006, Plaintiff got a reply from DHS, was informed that "the name check is still pending", "Because this check is performed by another agency, USCIS has no control over the amount of time it will take to clear". No further notification has ever been received by Plaintiff since then. Attached hereto as **Exhibit "6"** is the email print.

15. On September 7, 2006, 9 months after the interview, Plaintiff made an inquiry regarding his case status through USCIS National Customer Service hotline at 1-800-375-5283. Plaintiff received a reference number T1C2500601625SND, was told that USCIS San Diego office would contact with Plaintiff within 30 days. No phone call received by Plaintiff.

16. On March, 2007, 15 months after the interview, Plaintiff contacted the office of Congressman Brian P. Bilbary explaining how this delay brought great stress and inconvenience to Plaintiff. Plaintiff asked the congressman to help. Mr. Brian Johns at Congressman Brian P. Bilbary's District Office told Plaintiff that they did not have authority to expedite request, but they could find out the status of the request via Congressional Inquiry. Plaintiff received a letter from Congressman Brian P. Bilbary's office dated June 13, 2007, which included a reply from FBI, stating that FBI received the request for Plaintiff's name check from USCIS on July 23, 2005, and was currently in process. Attached

Page 4

COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF;
PETITION FOR NATURALIZATION

hereto as **Exhibit "7"** is a copy of the letter from Congressman Brian P. Bilbary and FBI's response letter to the congressional inquiry.

17. On November 19, 2007, about 2 years after the interview, Plaintiff had an InfoPass appointment at the USCIS San Diego Office regarding status check on this case. The immigration officer told Plaintiff that her application was still pending because of the name check, which was performed by FBI, there's nothing they could do to expedite the process, the only thing Plaintiff could do was to wait. Attached hereto as **Exhibit "8"** is a copy of the USCIS InfoPass appointment letter and the status note by the CIS officer.

18. Plaintiff Juan Xu has exhausted administrative remedies on her application for Naturalization. Plaintiff has been lawfully present in the United States for over 10 years since August 1996 and has always complied with immigration and civil laws, has never been arrested or convicted of a crime and has never presented a security risk to the United States. The Plaintiff has met all the eligibility requirement for naturalization, has good moral character, is attached to the Constitution of the United States, has passed the English, history and government tests, and has successfully completed the FBI fingerprint. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to application requirements.

19. As a result of the agencies failure to adjudicate her application for citizenship, Plaintiff is unable to vote in election, serve on juries, participate as United States Citizen in the Visa Waiver Program, enjoy any of the rights and responsibilities of U.S. Citizenship, which has caused extreme stress as well as inconvenience for Plaintiff.

FIRST CLAIM FOR RELIEF

20. The Defendants, in violation of INA §336(b), 8U.S.C.§1447(b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination. Plaintiff has been forced to seek a determination by the Court that she meets the requirements for naturalization and is to be naturalized as a U.S. citizen without further delay. This Court should exercise its authority to grant Plaintiff's naturalization application.

COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF;
PETITION FOR NATURALIZATION

## SECOND CLAIM FOR RELIEF

21. The Administrative Procedure Act requires administrative agencies to conclude matters presented to them "within a reasonable time." 5 U.S.C. § 555. A district court reviewing agency action may "compel agency action unlawfully withheld or unreasonable delayed." 5 U.S.C. § 706(1). The court also may hold unlawful and set aside agency action that, inter alia, is found to be: "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. §706(2)(A); "in excess of statutory jurisdiction, authority, or Limitations, or short of statutory right," 5 U.S.C. § 706(2)(C); or "without observance of procedure required by law," 5 U.S.C. § 706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. §551(13).

22. The failure of Defendants Michael Chertoff, Emilio Gonzalez and Paul Pierre to adjudicate the Plaintiff's application of naturalization for 2 years since the date of naturalization examination on the basis of "name check"; the failure of Defendant Robert Mueller III to timely complete "name check" for more than 2 years with the full knowledge that CIS requires the completion of such "name check" for adjudication of Plaintiff's application for naturalization; the failure of Defendants to set deadline for completing "name check" and to take all the other reasonable steps necessary to complete the adjudication of the Plaintiff's application for naturalization, all violate the Administrative Procedures Act, 5 U.S.C. §555, 5 U.S.C. §706(1), 706(2)(A), 706(2)(C), 706(2)(D). Defendants are unlawfully withholding action on the plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

23. As a result of Defendants' actions, Plaintiff has suffered and continues to suffer injury. Declaratory and injunctive relief are therefore warranted.

## PRAYER FOR RELIEF

24. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the court enter an order:

COMPLAINT FOR DECLARATORY
AND INJUCTIVE RELIEF;
PETITION FOR NATURALIZATION

a. Assume jurisdiction over this matter.

b. Review *de novo* and grant the named Plaintiff's application for naturalization, pursuant to 8 U.S.C.1447(b).

c. Declare that the Defendants' failure to act is illegal, arbitrary, capricious, and abuse of discretion.

d. Compel Defendants and those acting under them to perform their duty to act on completing Plaintiff's name check and to adjudicate Plaintiff's application for naturalization within a reasonable time period specified by this court.

e. Grant such other and further relief as this Court deems just and appropriate.

Dated: November 29, 2007

Respectfully Submitted.

_____
Plaintiff, Juan Xu
4841 Barlows Landing Cove,
San Diego, CA 92130
Phone: (858) 245-7037
Email: jxpdmc@yahoo.com
Pro Se.

Exhibit 1



Department of Homeland Security
U.S. Citizenship and Immigration Services

Exhibit 2

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE July 13, 2005 |
|---|---|---|---|
| CASE TYPE N400 Application For Naturalization | | | INS A# A 077 553 207 |
| APPLICATION NUMBER WSC*001344270 | RECEIVED DATE July 01, 2005 | PRIORITY DATE July 01, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

JUAN XU
4841 BARLOWS LANDING COVE
SAN DIEGO CA 92130

PAYMENT INFORMATION:

Single Application Fee:       $390.00
Total Amount Received:   $390.00
Total Balance Due:            $0.00

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):
Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:              April 17, 1969
Address Where You Live:   4841 BARLOWS LANDING COVE
                           SAN DIEGO CA 92130

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001441003   WSCG000061083

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 08/31/04) N

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** August 19, 2005 |
| **CASE TYPE** N400 Application For Naturalization | **INS A#** A 077 553 207 |
| **APPLICATION NUMBER** WSC*001344270 | **RECEIVED DATE** July 01, 2005 | **PRIORITY DATE** July 01, 2005 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

JUAN XU
4841 BARLOWS LANDING COVE
SAN DIEGO CA 92130

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XSD
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY: 053267
ON 9/15/05

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS SAN DIEGO 2505 EL CAJON BLVD. SAN DIEGO CA 92104 | 09/15/2005 12:00 PM |

Called 9/7/06
Refer T1C2500601625 SND

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN DIEGO
2505 EL CAJON BLVD.
SAN DIEGO CA 92104

If you have any questions regarding this notice, please call 1-800-375-5283.   **APPLICANT COPY**

**APPLICATION NUMBER**
WSC*001344270

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

Exhibit 4

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

---

A#: 77-553-207

On ~~December 8~~ 12, 2005, you were interviewed by USCIS officer _____ MAPANAO _____

Fred Mapanao
District Adjudication Officer

- [x] You passed the tests of English and U.S. history and government.

- [ ] You passed the tests of U.S. history and government and the English language requirement was waived.

- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the instructions on Form N-14.

- [ ] USCIS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) ~~[x]~~ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

NOTE: You will become a United States citizen *after* you have taken the oath of allegiance on the day of the Oath Ceremony. You are not eligible to register to vote until *after* the Oath Ceremony.

B) [x] A decision cannot yet be made about your application.

**It is very important that you:**

- [x] Notify USCIS if you change your address

- [x] Come to any scheduled interview.

- [x] Submit all requested documents.

- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

- [x] Go to any Oath Ceremony that you are scheduled to attend.

- [x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

---

Form N-652 (Rev. 1/14/05)N

Exhibit 5

Juan Xu
4841 Barlows Landing Cove
San Diego, CA 92130

March 12, 2006

Fred Mapanao
District Adjudication Officer
Dept of Homeland Securities
U.S. Citizenship and Immigration Services
880 Front St. Room #1234
San Diego, CA 92101

Dear Mr. Mapanao,

Could you please help have a follow up about my file with A# 77-553-207? It has been two months since we met for the interview and test last December. I remember that you mentioned it might take about two months to do background check. However, I didn't hear anything since then. I'd like to know what's the status now. I tried to check online, the information is not available for my case, could you please help? A copy of the interview result is attached.

Many thanks and regards,


Juan Xu (Judy)

Case 3:07-cv-02364-JMA    Document 1    Filed 11/30/2007    Page 13 of 17

Yahoo! Mail - jxpdmc@yahoo.com                                                           Page 1 of 1

Exhibit 6

# YAHOO! MAIL Classic

Print - Close Window

**Subject:** RE: Background Check N400 Follow up
**Date:** Wed, 7 Jun 2006 14:12:05 -0700
**From:** "ASK CIS SND" <Ask.cis.snd@dhs.gov>
**To:** "Judy Xu" <jxpdmc@yahoo.com>

Hello,

Your name check is still pending. Because this check is performed by another agency, USCIS has no control over the amount of time it will take to clear. We will continue to monitor your case on a weekly basis and notify you of any changes. Thank you.

-----Original Message-----
**From:** Judy Xu [mailto:jxpdmc@yahoo.com]
**Sent:** Wednesday, May 31, 2006 10:39 AM
**To:** Ask-CIS-SND
**Subject:** Background Check N400 Follow up

Dear CIS Officer,

Could you please help have a followup about my N400 application for naturalization? I was informed last December in the interview that "a decision cannot yet be made" about my application because the background check not finished yet. Almost 6 months passed, I didn't get any update, could you please help? Following is the basic information about my case:

Name: Juan Xu
DOB: 4/17/1969
A#   A 077 553 207
Type of application: N400
Date Filed: 7/1/2005

Could you please let me know also if there's anything that I could do to expedite this process?

Many thanks for your help.

Best regards,

Juan Xu (Judy)

---

<u>Yahoo! Messenger with Voice.</u> PC-to-Phone calls for ridiculously low rates.

Exhibit 7

**BRIAN P. BILBRAY**
50TH DISTRICT, CALIFORNIA

227 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-0508
FAX (202) 225-2558

DISTRICT OFFICE:
462 STEVENS AVE., #107
SOLANA BEACH, CA 92075
(858) 350-1150
FAX (858) 350-0750

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0550

COMMITTEE ON OVERSIGHT
AND GOVERNMENT REFORM

COMMITTEE ON SCIENCE
AND TECHNOLOGY

COMMITTEE ON
VETERANS' AFFAIRS

HOUSE REPUBLICAN
POLICY COMMITTEE

IMMIGRATION REFORM
CAUCUS, CHAIRMAN

June 13, 2007

Mr. Juan Xu
4841 Barlows Landing Cv
San Diego, CA 92130-8701

Dear Mr. Xu:

Thank you for your patience while awaiting a response from the Federal Bureau of Investigation (FBI) regarding your background name check. Included in this letter is the information I received from the FBI regarding the current status of your application.

> "A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Mr. Xu revealed that the request was received from the United States Citizenship and Immigration Services (USCIS) on July 23, 2005, and is currently in process.
>
> The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, your constituent may be assured that the results will be made available to the immigration authorities as quickly as possible.
>
> I trust this information will assist you in responding to your constituent. Should you have further questions, please refer to the FBI's internet site, www.fbi.gov. This site provides excellent information on the name check process."

I hope this information proves helpful. This completes the congressional action on this matter. Please feel free to contact my office in the future should you have any questions regarding another federal matter. As always, it is a pleasure to serve you.

Sincerely,

Brian P. Bilbray
Member of Congress

Exhibit 8

 

|   |   |
|---|---|
| Name: | **Juan Xu** |
| Appointment Type: | **Question about case** |
| Confirmation No.: | **SND-07-30** |
| Appointment Date: | **November 19, 2007** |
| Appointment Time: | **11:45 AM** |
| Location: | **880 FRONT STREET, ROOM 1209 WINDOW 3, San Diego, CA 92101; ROOM101** |

Authentication Code:  **16a20**

This is your Confirmation Number:

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*85411*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.

Thank you for using InfoPass
Return to USCIS On-Line

*FBI Name check pending*

```
        UNITED STATES
        DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      #  144956    -  BH
      * * C O P Y * *
      November 30, 2007
           14:37:56


       Civ Fil Non-Pris
USAO #.: 07CV2264 CIVIL FILING
Judge..: JOHN A HOUSTON
Amount.:              $350.00 CK
Check#.: PC# 2409



   Total->   $350.00


FROM: XU V. CHERTOFF ET AL
      CIVIL FILING
```

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Juan Xu

**DEFENDANTS**

Michael Chertoff, Secretary of the Department of Homeland Security (DHS);
Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services (USCIS);
Paul M. Pierre, District Director of the San Diego District of USCIS;
Robert S. Mueller, III, Director of Federal Bureau of Investigation (FBI)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** — Washington, D.C. —
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

FILED
07 NOV 30 PM 2:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

'07 CV 2264 JAH JMA

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Juan Xu
4841 Barlows Landing Cove
San Diego, CA 92130
Tel: (858) 245 7037

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff      ☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Defendants have not adjudicated the Plaintiff's application for naturalization as reqired by law for 2 years
8 U.S.C. § 1447 (b)   5 U.S.C. § 555, 706(1)(A) 706(2)(C), 706(2)(D)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 11/30/2007    SIGNATURE OF ATTORNEY OF RECORD _____

PAID $350  11/30/07  BH RCPT # 144956

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)