Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**Plaintiff:**
Juan Xu

vs

**Defendants:**
Michael Chertoff, Secretary of the Department of Homeland Security (DHS);
Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services (USCIS);
Paul M. Pierre, District Director of the San Diego District of USCIS;
Robert S. Mueller III, Director of Federal Bureau of Investigation (FBI)

FILED
07 NOV 30 PM 2:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**
Case No. 07 CV 2264 JAH JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Juan Xu
4841 Barlows Landing Cove
San Diego, CA 92130

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 3 0 2007
DATE

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action                                              Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)