Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:
Juan Xu

vs

Defendants:
Michael Chertoff, Secretary of the Department of Homeland Security (DHS);
Emilio T. Gonzalez, Director of the U.S.Citizenship and Immigration Services (USCIS);
Paul M. Pierre, District Director of the San Diego District of USCIS;
Robert S. Mueller III, Director of Federal Bureau of Investigation (FBI)

SUMMONS IN A CIVIL ACTION
Case No. '07 CV 2264 JAH JMA

TO: (Name and Address of Defendant)

Paul M. Pierre
District Director
San Diego District office, USCIS
880 Front Street, Ste 1209
San Diego, CA 92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Juan Xu
4841 Barlows Landing Cove
San Diego, CA 92130

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



W. Samuel Hamrick, Jr.
CLERK

NOV 3 0 2007
DATE

By   C. PUTTMANN, Deputy Clerk

Summons in a Civil Action                                     Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Yi Liu
4841 Barlows landing Cove
San Diego, CA 92130

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul. M. Pierre
District Director
San Diego District office.
USCIS
880 Front Street. Ste 1209
San Diego CA 92101

2. Article Number (Transfer from service label)
7007 1490 0003 0758 4836

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154