KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
Office of the U.S. Attorney
880 Front St., Suite 6293
San Diego, California 92101-8893
Telephone: 619-557-7120
Facsimile: 619-557-5004
Email: Megan.Callan@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN XU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　Defendants. | Case No. 07cv2264 JAH (JMA)<br><br>JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>[Fed.R.Civ.P. 6(b)(1)] |

COME NOW THE PARTIES, Plaintiff Juan Xu, pro se, and Defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants' responsive pleadings.

Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about July 1, 2005. Plaintiff complains that Defendants have failed to process her application in a timely manner and prays this Court order the adjudication of her application and approve her application.

In an effort to resolve Plaintiff's complaints and without waiving Defendants' rights to defend the causes of actions and allegations, including the right to file any Fed. R. Civ. P. 12 motions to dismiss, the parties now jointly request that the Court extend the date upon which Defendants' responsive pleadings are due until **March 26, 2008**.

//

It is the understanding of United States Citizenship & Immigration Services that Plaintiff's application qualifies for expedition of the requisite background investigation, and a request for such expedition has been made. Although there is no guarantee that an expedite will be completed within 60 days, the parties have agreed to extend the time to answer in the hope that the case may be settled before any motion practice is required before the Court. The parties have not previously requested an extension of time.

Based upon the foregoing, it is respectfully requested that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **March 26, 2008**.

DATED: 1/24/2008

Plaintiff
Juan Xu
E-Mail: jxpdmc@yahoo.com

DATED: January 24, 2008

KAREN P. HEWITT
United States Attorney

s/ Megan Callan

MEGAN CALLAN
Assistant United States Attorney
Counsel for Defendants
E-Mail: Megan.Callan@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No. 230329
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   E-mail: Megan.Callan@usdoj.gov
6
   Counsel for Defendants
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10
   JUAN XU,                              )   Case No. 07cv2264 JAH (JMA)
11                                       )
                Plaintiff,               )
12                                       )   PROOF OF SERVICE
         v.                              )
13                                       )
   MICHAEL CHERTOFF, Secretary of the)
14 Department of Homeland Security, et al.,)
                                         )
15                                       )
                Defendants.              )
16 _____)

17
   IT IS HEREBY CERTIFIED THAT:
18
         I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
19 business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

20       I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO
   EXTEND TIME FOR FILING OF RESPONSIVE PLEADING. I hereby certify that I have caused to
21 be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on
   this case:
22            Juan Xu
              Plaintiff
23            4841 Barlows Landing Cove
              San Diego, CA 92130
24 the last known address, at which place there is delivery service of mail from the United States Postal
   Service.
25
         I declare under penalty of perjury that the foregoing is true and correct.
26
         Executed on January 24, 2008.
27
                                         s/ Megan Callan
28                                       Megan Callan

07cv2264