# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN XU, | Case No. 07cv2264 JAH (JMA) |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | [Docket No. 8] |
| Defendants. | |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket No. 8) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall respond to Plaintiff's Complaint on or before March 26, 2008.

IT IS SO ORDERED.

Signed this 24th day of January 2008,

JOHN A. HOUSTON
United States District Judge