1 | KAREN P. HEWITT
United States Attorney
2 | MEGAN CALLAN
Assistant U.S. Attorney
3 | California Bar No. 230329
Office of the U.S. Attorney
4 | 880 Front St., Suite 6293
San Diego, California 92101-8893
5 | Telephone: 619-557-7120
Facsimile: 619-557-5004
6 | Email: Megan.Callan@usdoj.gov

7 | Counsel for Defendants

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | JUAN XU,                                    ) Case No. 07cv2264 JAH (JMA)
                                                )
11 |                    Plaintiff,               )
                                                ) JOINT MOTION TO REMAND TO USCIS FOR
12 |        v.                                   ) ADJUDICATION
                                                )
13 | MICHAEL CHERTOFF, Secretary of the)
     Department of Homeland Security, et al.,)
14 |                                            )
                                                )
15 |                    Defendants.             )
                                                )
16 |

17 |        COME NOW THE PARTIES, Plaintiff Juan Xu, pro se, and Defendants Michael Chertoff,

18 | Secretary, U.S. Department of Homeland Security, et al., by and through their counsel, Karen P. Hewitt,

19 | United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move

20 | the Court to remand this case to United States Citizenship & Immigration Services ("USCIS") for

21 | adjudication.

22 |        Plaintiff applied for naturalization under 8 U.S.C. § 1421 et seq. on or about July 1, 2005.

23 | Plaintiff complains that Defendants have failed to process her application in a timely manner and prays

24 | this Court order the adjudication of her application and approve her application.

25 |        The Federal Bureau of Investigation ("FBI") informed Plaintiff that her FBI background check

26 | has been completed, therefore any claims against the FBI are now moot.  USCIS informed Plaintiff that

27 | USCIS is prepared to adjudicate her application.  Remand to USCIS is required in order for the agency

28 | to adjudicate.  *See United States v. Hovsepian*, 359 F.3d 1144, 1160-61 (9th Cir. 2004) (en banc).

1    Therefore, the parties jointly request that the Court remand this case to USCIS for adjudication.

2 In the event that USCIS does not adjudicate Plaintiff's application for naturalization within 60 days of

3 the entry of remand order, Defendants do not object to Plaintiff's being granted 30 days leave to amend

4 her Complaint before this Court.

5    Based upon the foregoing, it is respectfully requested that the Court enter an order remanding this

6 case to USCIS.

7    DATED: _3/6/2008_

8                                              _____
                                               Plaintiff
9                                              Juan Xu
                                               E-Mail: jxpdmc@yahoo.com

10

    DATED: March 4, 2008                       KAREN P. HEWITT
11                                             United States Attorney

12                                             s/ Megan Callan

13                                             MEGAN CALLAN
                                               Assistant United States Attorney
14                                             Counsel for Defendants
                                               E-Mail: Megan.Callan@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2264