UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN XU, ) | Case No. 07cv2264 JAH (JMA) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING JOINT MOTION TO |
| v. ) | REMAND TO USCIS |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | [Docket No. 10] |
| Department of Homeland Security, et al.,) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Having considered the parties' Joint Motion to Remand to USCIS (Docket No. 10) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that this case is remanded to the United States Citizenship & Immigration Services. This Court does not retain jurisdiction, and the Clerk is ordered to close the case.

It is so ordered.

    Signed this 6th day of March 2008.

_____
JOHN A. HOUSTON
United States District Judge